# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

IN RE:  
Rhonda Carol Gueye

CASE NO. 1:14-bk-13171-SDR

Debtor(s)

Chapter 13

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Claimant identified below applies for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant is a debtor in the above captioned bankruptcy case and has not received payment of these funds which remain due and owing to the Claimant.

> NAME OF CLAIMANT: Rhonda Carol Gueye
>
> PHONE NUMBER: (423)255-3461    LAST FOUR OF SOCIAL SECURITY NO: 1925
>
> MAILING ADDRESS: 1911 South Kelly Street, Chattanooga, TN 37402
>
> Amount of Unclaimed Funds Requested $457.36

Claimant certifies that all statements made by Claimant on this Application any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the unclaimed funds currently being held for benefit of the Claimant.

Date: 1-18-18

X _Rhonda Carol Gueye_  
Claimant's Signature

Co-Claimant's Signature (if any)

State of Tennessee  
County of Hamilton  
Subscribed and sworn to before me this 18 day of Jan., 2018

Notary Public

My commission expires: 6-10-19

[Seal: AMANDA ATKINS, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF HAMILTON]

In accordance with 28 USC sec. 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to:

Office of the United States Attorney
Eastern District of Tennessee
1110 Market Street
Suite 301
Chattanooga, TN 37402

Date: 1-18-18

Claimant's Signature: Rhonda Carol Luxye