IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 1:14-bk-13171-SDR |
| | ) | |
| **Rhonda Carol Gueye** | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court having considered the Application for Payment of Unclaimed Funds filed by:

NAME OF CLAIMANT: RHONDA GUEYE
MAILING ADDRESS: 1911 SOUTH KELLY STREET
CITY: CHATTANOOGA    STATE: TN    ZIP: 37402

(Claimant) for payment of unclaimed funds in the amount of $457.36, and it appearing to the Court that the Claimant is entitled to received payment, and these funds are now on deposit in the Treasury of the United State, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Tennessee pursuant to 28 USC sec. 2042,

**IT IS THEREFORE ORDERED** that the Clerk of the United States Bankruptcy Court direct the issuance of a draft upon the Treasure of the United States in the amount state above and payable to the Claimant.

###